# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : Nos. 14-16 MM 2015 |
| | : |
| Respondent | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| ANTHONY FORD, | : |
| | : |
| Petitioner | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of February, 2015, the Petitions for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* are **DENIED**.